**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lennell DYCHES, Defendant– Appellant.**

No. 15–6567.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Lennell Dyches, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lennell Dyches appeals the district court's order denying his self-styled "Motion to Dismiss for Lack of Territorial Jurisdiction[.]" We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dyches,* No. 8:06–cr–00136–JFA–1 (D.S.C. Apr. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*